IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY SAMUELS, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| GEORGE PATRICK, et al., | : | NO. 06-CV-2709 |
|     Respondents. | : | |

ORDER

AND NOW, this 10th day of May 2007, upon careful consideration of Petitioner's *pro se* 28 U.S.C. § 2254 Application for Habeas Corpus (Doc. No. 1), Respondents' Response (Doc. No. 6), Magistrate Judge Peter B. Scuderi's Report and Recommendation ("R&R") (Doc. No. 7), Petitioner's Objections thereto (Doc. No. 8), and Petitioner's Affidavit (Doc. No. 9), and upon a *de novo* review of all state court records including transcripts of proceedings in state court, it is hereby ORDERED as follows:

1. Judge Scuderi's R&R is APPROVED and ADOPTED.

2. The § 2254 Petition is DENIED.[1]

3. A certificate of appealability is **not** granted.

4. The Clerk of the Court shall mark this matter closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

---

[1] Based on an independent review of the state court records in this case, the Court is firmly convinced that none of the claims Petitioner has raised in the instant Petition have merit such that they would entitle him to habeas relief, even were they not procedurally defaulted.